**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Juan Carlos RUBIO, Defendant– Appellant.**

No. 10–10812.

United States Court of Appeals, Eleventh Circuit.

Aug. 26, 2011.

Stephen Schlessinger, Assistant U.S. Attorney, Wifredo A. Ferrer, U.S. Attorney, Lornette A. Reynolds, Anne R. Schultz, Frank Tamen, Arimentha R. Walkins, U.S.

Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Martin Alan Feigenbaum, Attorney at Law, Surfside, FL, for Defendant–Appellant.

Before EDMONDSON and MARCUS, Circuit Judges, and LAWSON,* District Judge.

PER CURIAM:

In this sentencing appeal, we see no reversible error. On this record, the District Court had sufficient circumstantial evidence to support a finding that defendant knew that the laundered funds were proceeds of drug trafficking activity.

AFFIRMED.